**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1316

RONALD SATISH EMRIT,

　　　　Plaintiff - Appellant,

　　　v.

BOARD OF IMMIGRATION APPEALS (BIA); CITIZENSHIP & IMMIGRATION SERVICES (CIS); CUSTOMS AND BORDER PATROL (CBP); STATE DEPARTMENT; DEPARTMENT OF HOMELAND SECURITY (DHS),

　　　　Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, Senior District Judge.  (3:22-cv-00008-NKM)

Submitted:  September 8, 2022　　　　　　　　　Decided:  September 12, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit noted this appeal after he filed his complaint in the district court but before the court entered any order.  Therefore, there is no order before us for review.  Accordingly, we dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*